IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )        CRIMINAL ACTION NO.
   v.                       )           2:15cr406-MHT
                            )               (WO)
ERIC LEVAIL BILLUPS         )
```

ORDER

This case is before the court on defendant Eric Levail Billups's petition for early termination of supervised release.  The court agrees that Billups's supervision should be terminated early.  Billups has now been on supervised release for almost two years. During that time, he has satisfied all of the conditions of his supervised release, and, according to his supervising United States Probation Officer, has "demonstrated a pattern of stability in his personal life and supervision."  Memorandum re: Request for Early Termination of Supervised Release (Doc. 55) at 1-2.  He has also maintained steady employment, and receives support from his family.  In addition, the government and probation do not oppose the motion.

Accordingly, it is ORDERED that:

(1) The petition for early termination of supervised release (Doc. 52) is granted.

(2) Defendant Eric Levail Billups's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 14th day of March, 2022.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**